IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CAREY D. SMITH,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-11-1023 |
| **CAPITAL ONE AUTO FINANCE, INC.,** | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum it is ORDERED that:

(1) Defendant's Motion for Summary Judgment (ECF No. 33) is GRANTED;

(2) JUDGMENT IS ENTERED in favor of Defendant on all claims asserted against it in Plaintiff's Complaint (ECF No. 2); and,

(3) The Clerk is directed to CLOSE THIS CASE.

Dated this 9th day of January, 2012

BY THE COURT:

/s/
James K. Bredar
United States District Judge